**b Bowen & Associates, Inc.**
Clark Street
uite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 120917ST
Job Date: 09/17/2012
Order Date: 09/17/2012
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

 **Invoice**

Invoice #: 84459
Inv.Date: 09/21/201
Balance: $1,138.50

| Bill To: | Action: | Morgan, Clifton |
|---|---|---|
| Mr. Brian Kolp | | VS |
| Stephen R. Patton Corporation Counsel - FCR | | City of Chicago |
| Federal Civil Rights Division | Action #: | 11 C 9271 |
| 30 N LaSalle St | Rep: | ST |
| Ste 900 | Cert: | |
| Chicago, IL 60602 | | |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Clifton D. Morgan | Original Certified Transcript | Pages | 240 | $4.25 | $102.00 | $918.00 |
| 2 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 3 | | Appearance (Hourly Ext) | Hours | 4.50 | $50.00 | $22.50 | $202.50 |

SEP 2 5 2012

1. Case Name: Morgan
2. Case Number: 11c 9271
3. Client Dept: CPD
4. Atty Signature: [signature]
5. Date Approved: 9/4/12
6. Law Dept. Division: FCRLD

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% |

| | |
|---|---|
| Sub Total | $1,138.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,138.50 |
| Payment | $0.00 |
| Balance Due | $1,138.50 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Brian Kolp
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Deliver To:
Mr. Brian Kolp
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

Invoice #: 84459
Inv.Date: 09/21/2012
Balance: $1,138.50
Job #: 120917ST
Job Date: 09/17/2012
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586   Fax: (312) 781-9228

Job #: 121030LZM
Job Date: 10/30/2012
Order Date: 10/30/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 84908
Inv.Date: 10/31/2012
Balance: $108.00

**Bill To:**
Ms. Kristin M. Pinkston
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

*Paralegal: Olortegui*

Action: Morgan, Clifton
vs
City of Chicago
Action #: 11 C 9271
Rep: LZM
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| | Adrian Herman-NO TAKE | Appearance Cancellation Fee | Session | 1.00 | $120.00 | $12.00 | $108.00 |

1. Case Name: Morgan v. City
2. Case Number: 11 C 9271
3. Client Dept: POLICE
4. Atty Signature: [signature]
5. Date Approved: 11/7/12
6. Law Dept Division: FCRL

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $108.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $108.00 |
| Payment | $0.00 |
| Balance Due | $108.00 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ms. Kristin M. Pinkston
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

**Deliver To:**
Ms. Kristin M. Pinkston
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Invoice #: 84908
Inv.Date: 10/31/2012
Balance: $108.00
Job #: 121030LZM
Job Date: 10/30/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
P.O. BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586   Fax: (312) 781-9228

Job #: 121107JMP
Job Date: 11/07/2012
Order Date: 11/07/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 85170
Inv.Date: 12/05/2012
Balance: $449.55

**Bill To:**
Ms. Kristin M. Pinkston
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: Morgan, Clifton
vs
City of Chicago
Action #: 11 C 9271
Rep: JMP
Cert: 084-004197

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Adrian M.L. Herman, Sr. | Original Certified Transcript | Pages | 94 | $359.55 |
| 2 | | Appearance 2 Hr Minimum | Session | 1.00 | $90.00 |

DEC 1 1 2012

1. Case Name: Morgan v. City
2. Case Number: 11 c 9271
3. Client Dept: Police
4. Atty Signature: [signature]
5. Date Approved: 12/19/12
6. Law Dept. Division: FCRL

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $449.55 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $449.55 |
| Payment | $0.00 |
| Balance Due | $449.55 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Kristin M. Pinkston
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Kristin M. Pinkston
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Invoice**

Invoice #: 85170
Inv.Date: 12/05/2012
Balance: $449.55
Job #: 121107JMP
Job Date: 11/07/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

 



# PATTI BLAIR COURT REPORTERS, PC.

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

## INVOICE

38963

| DATE | CLIENT | FILE |
|---|---|---|
| 06/14/2013 | 801 | CLIFTON MORGAN VS. CITY OF CHICAGO |

ATTORNEY - BRIAN KOLP           CASE # 11 C 9271

ORIGINAL TRANSCRIPT - ANTHONY SCHULZ
58 PAGES @ 4.25                                     246.50
E-TRANSCRIPT                                         20.00

JUN 18 2013

1. Case Name: Morgan
2. Case Number: 11 C 9271
3. Client Dept: Porter
4. Atty Signature: BQ 6-21-13
5. Date Approved:
6. Law Dept Division: FCRC

Total Amount: 266.50

10% City of Chicago Discount: -26.65

Less Paid To Date: 0.00

Total Due: 239.85

Tax Number: 36-3304432

**Method of Payment:**

☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

Credit Card #                                                    Expiration Date

There will be a $10.00 service fee applied to all credit card payments

Signature (as it appears on your card)

Print Name (as it appears on your card

Daytime Phone:

# PB PCR

## PATTI BLAIR COURT REPORTERS, P.C.

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

## INVOICE
38975

| DATE | CLIENT | FILE |
|---|---|---|
| 06/14/2013 | 801 | CLIFTON MORGAN VS. CITY OF CHICAGO |

ATTORNEY - BRIAN KOLP          CASE # 11 C 9271

ORIGINAL TRANSCRIPT - ANTHONY SCHULZ
124 PAGES @ 4.25                                           527.00
E-TRANSCRIPT                                                20.00

JUN 1 8 2013



1. Case Name: Morgan
2. Case Number: 11 C 9271
3. Client Dept: Police
4. Atty Signature: BK  6-21-13
5. Date Approved:
6. Law Dept Division: FCRL

Total Amount: 547.00

10% City of Chicago Discount: -54.70

Less Paid To Date: 0.00

Total Due: (492.30)

Tax Number: 36-3304432

**Method of Payment:**
☐ Check Enclosed
  Please make check payable to: Patti Blair Court Reporters, P.C.
☐ Charge my credit card:
  ☐ Visa
  ☐ Mastercard

Credit Card #                                   Expiration Date

Signature (as it appears on your card)

Print Name (as it appears on your card

Daytime Phone:

There will be a $10.00 service fee applied to all credit card payments



# PATTI BLAIR
# COURT REPORTERS, P.C.

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

## INVOICE

37364

| DATE | CLIENT | FILE |
|---|---|---|
| 11/16/2012 | 801 | CLIFTON MORGAN VS. CITY OF CHICAGO |

ATTORNEY - BRIAN KOLP

COPY TRANSCRIPT - CHRIST TSOUKALAS
1 PDF @ 30.00                                                                30.00
MINUSCRIPT 120 PAGES @ .25                                       30.00

NOV 2 7 2012

1. Case Name: Morgan
2. Case Number: 11 C 9271
3. Client Dept: Police
4. Atty Signature: BK
5. Date Approved: 11-26-12
6. Law Dept. Division: FCRL

Total Amount: 60.00

10% City of Chicago Discount: -6.00

Less Paid To Date: 0.00

Total Due: 54.00

Tax Number: 36-3304432

---

**Method of Payment:**
☐ Check Enclosed
  Please make check payable to: Patti Blair Court Reporters, P.C.
☐ Charge my credit card:
  ☐ Visa
  ☐ Mastercard

Signature (as it appears on your card)

Print Name (as it appears on your card

Daytime Phone:

Credit Card #                                                      Expiration Date
There will be a $10.00 service fee applied to all credit card payments



**PATTI BLAIR COURT REPORTERS, PC.**

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

REMIT TO:

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

**FILE COPY**

**INVOICE**
39075

---

| DATE | CLIENT | FILE |
|---|---|---|
| 05/30/2013 | 801 | CLIFTON MORGAN VS. CITY OF CHICAGO |

ATTORNEY - BRIAN KOLP          CASE # 11 CV 9271

ORIGINAL TRANSCRIPT - CHRIST TSOUKALAS TAKEN 03-21-13
52 PAGES @ 4.25                                    221.00
ASCII @ 20.00                                       20.00

1. Case Name: Morgan
2. Case Number: 11 C 9271
3. Client Dept: Police
4. Atty Signature: BG 7-8-13
5. Date Approved:
6. Law Dept. Division: B

JUL 02 2013

Total Amount: 241.00

10% City of Chicago Discount: -24.10

Less Paid To Date: 0.00

Total Due: 216.90

Tax Number: 36-3304432

**Method of Payment:**
☐ Check Enclosed
    Please make check payable to: Patti Blair Court Reporters, P.C.
☐ Charge my credit card:
    ☐ Visa
    ☐ Mastercard

Signature (as it appears on your card)

Print Name (as it appears on your card)

Daytime Phone:

Credit Card #                                 Expiration Date
There will be a $10.00 service fee applied to all credit card payments



# PATTI BLAIR COURT REPORTERS, PC.

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**FILE COPY**

**INVOICE**
39128

| DATE | CLIENT | FILE |
|---|---|---|
| 05/30/2013 | 801 | CLIFTON MORGAN VS. CITY OF CHICAGO |

ATTORNEY - BRIAN KOLP
ORIGINAL TRANSCRIPT - LT DUANE DeVRIES
33 PAGES @ 4.25
E-TRANSCRIPT/PDF

CASE # 11 C 9271

140.25
20.00

JUL 0 9 2013

1. Case Name: Clifton Morgan
2. Case Number: 11 C 9271
3. Client Dept: Police
4. Atty Signature: [signature] 5.23.13
5. Date Approved:
6. Law Dept. Division: FCRL

Total Amount: 160.25

10% City of Chicago Discount: -16.02

Less Paid To Date: 0.00

Total Due: (144.23)

Tax Number: 36-3304432

**Method of Payment:**
☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.
☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

Signature (as it appears on your card)

Print Name (as it appears on your card)

Daytime Phone:

Credit Card #                                   Expiration Date
There will be a $10.00 service fee applied to all credit card payments



**PATTI BLAIR COURT REPORTERS, P.C.**

REMIT TO:

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

# INVOICE
36792

| DATE | CLIENT | FILE |
|---|---|---|
| 08/01/2012 | 801 | CLIFTON MORGAN VS. CITY OF CHICAGO |

ATTORNEY - HELEN GIBBONS

ORIGINAL TRANSCRIPT - DUANE DEVRIES
169 PAGES @ 4.25                                                    718.25

1. Case Name: _Clifton Morgan v. City_
2. Case Number: _2011 C 9271_
3. Client Dept: _CPD_
4. Atty Signature: _[signature]_
5. Date Approved: _10/10/12_
6. Law Dept. Division: _FCRC_

SEP 2 7 2012

Total Amount: 718.25

10% City of Chicago Discount: -71.82

Less Paid To Date: 0.00

Total Due: 646.43

Tax Number: 36-3304432

**Method of Payment:**

☐ Check Enclosed
  Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
  ☐ Visa
  ☐ Mastercard

Signature (as it appears on your card)

Print Name (as it appears on your card)

Daytime Phone:

Credit Card #                                   Expiration Date

There will be a $10.00 service fee applied to all credit card payments

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02012188

| | |
|---|---|
| Brian F. Kolp<br>City of Chicago Law Department<br>30 North LaSalle Street<br>Room 900<br>Chicago, IL 60602<br><br>Phone: (312) 744-5890<br><br>brian.kolp@cityofchicago.org | **MAKE CHECKS PAYABLE TO:**<br>Tracey D. McCullough, CSR, RPR<br>Official Court Reporter<br>219 South Dearborn Street<br>Suite 1426<br>Chicago, IL 60604<br><br>Phone: (312) 922-3716<br><br>Tax ID: 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<br>traceydmc@aol.com |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 10-24-2012 | DATE DELIVERED: 10-25-2012 |

**Case Style:** 11 C 9271, Clifton Morgan v City of Chicago
Transcript of proceedings before the Hon. Magistrate Judge Sidney I. Schenkier on 8/22/12 - status and motion hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 14 | 0.90 | 12.60 | | | | 12.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| FCRL | TOTAL: | 12.60 |
| Morgan v. City, et al. | LESS DISCOUNT FOR LATE DELIVERY | |
| 11 CV 9271 | TAX (If Applicable): | |
| ACC Brian Kolp | LESS AMOUNT OF DEPOSIT: | |
| OK to pay | TOTAL REFUND: | |
| BQ  Date Paid: | Amt: | TOTAL DUE: $12.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE  Tracey McCullough<br>Digitally signed by Tracey McCullough<br>DN: cn=Tracey McCullough, ou=Federal Judiciary, o=U.S.Government, c=US<br>Date: 2012.10.25 13:32:41 -05'00' | DATE 10-25-2012 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

## INVOICE NO. 2014004

Kristin M. Pinkston

City of Chicago
30 N. LaSalle St.
Suite 900
Chicago, Illinois 60602

Phone:(312) 744-0200
Fax:

MAKE CHECK PAYABLE TO:
Maellen E. Pittman, CSR, RDR
Official Court Reporter
219 S. Dearborn St., Room 2342
Chicago Illinois, 60604

Phone: (312) 435-5576
Fax:   (312) 663-4272

[ ] CRIMINAL   [X] CIVIL   DATE ORDERED 01/14/14   DATE COMPLETED 01/16/14

11 C 9271, Clifton Morgan vs. City of Chicago, et al.

Transcript of Proceedings on 1-14-14 before Judge Norgle. Testimony of Clifton Morgan

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE@ | SUB TOTAL | PAGES | PRICE@ | SUB TOTAL | PAGES | PRICE@ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 84 | 4.85 | 407.40 | | | | | | | 407.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Charges:

Morgan v. City
11 C 9271
57 - Police
FCRL
[signature]

TOTAL                              407.40
LESS DISCOUNT FOR LATE DELIVERY
TAX(If Applicable)
LESS AMOUNT OF DEPOSIT
TOTAL REFUNDED
TOTAL DUE                          407.40

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calender days, payment would be at the ordinary delivery rate.

### CERTIFICATE
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                    DATE  01/16/14

(All previous editions of this form are
cancelled and should be destroyed.)

PART 1 (ORIGINAL)- TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/13/2014 | 49709 |



**BILL TO**
City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
Attn:Darwin Olortegui

**CASE INFO**
Clifton Morgan
vs.
City of Chicago, et al.
11 C 9271

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 506.00 |
| 6% Reduction | -30.36 |
| Witness fees advanced | 42.80 |
| Fuel Surcharge | 9.00 |

4 Subpoenas
1. Hasnain Hamayat
2. Circuit Court of Cook County Branch 38
3. Illinois State Police
4. Little Co. of Mary Hospital
Calls at addrseses given in Evergreen Park & Chicago on January 3, 6 & 7.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION. ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT. ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.
CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432



THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total** $527.44

# *LPS*

**LaSalle Process Servers L.P.**
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622
Toll Free (877) LASA11E

| | |
|---|---|
| Name of Deponent | Hasnain Hamayat |
| Invoice# | 49709 |
| Check Amount | $42.80 |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $10.00 |
| | |
| Name of Deponent | Circuit Court of Cook County |
| Invoice# | 49709 |
| Check Amount | $ |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $ |
| Second Address | $45.00 |
| Waiting time | $150.00 |
| | |
| Name of Deponent | Illinois State Police |
| Invoice# | 49709 |
| Check Amount | $ |
| 1st Attempt Fee | $50.00 (additional same address) |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $ |
| | |
| Name of Deponent | Little Co. of Mary Hospital |
| Invoice# | 49709 |
| Check Amount | $ |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $20.00 |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $ |

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone: 312-236-8352   Fax: 312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 797947 | 7/28/2012 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 434737.003 | 7/13/2012 | 11 C 9271 |

| Case Name |
|---|
| Clifton Morgan, et al. vs. City of Chicago, a Municipal Corporation, et. al. |
| Records Pertaining To |
| Clifton Morgan aka Michael Morgan, Tony Williams |

Helen Gibbons
Corporation Counsel
30 North LaSalle Street Suite 900
Federal Civil Rights Litigation Division
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Little Company of Mary Hospital & Health Care Center<br>X-Ray Dept/File Room<br>2800 West 95th Street<br>Evergreen Park, IL 60805 | Helen Gibbons<br>Corporation Counsel<br>30 North LaSalle Street Suite 900<br>Federal Civil Rights Litigation Division<br>Chicago, IL 60602 | Client Matter No.: 11 C 9271<br>Claim No.:<br>Insured:<br>D/O/L: |

Clifton Morgan aka Michael Morgan, Tony Williams (X-RAYS)
- Subpoena Processing — 20.00
- Service — 18.00
- Delivery — 0.00
- No Record Statement — 0.00

1. Case Name: Morgan
2. Case Number: 11C9271
3. Client Dept: CPD
4. Atty Signature: [signature]
5. Date Approved: 7/13/12
6. Law Dept. Division: FCRLD

TOTAL DUE >>>     $38.00
(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $38.00

AUG 06 2012

Tax ID: 76-0523238                                   Phone: 312-744-7150   Fax:

*Please detach bottom portion and return with payment.*

Helen Gibbons
Corporation Counsel
30 North LaSalle Street Suite 900
Federal Civil Rights Litigation Division
Chicago, IL 60602

Invoice No.   : 797947
Invoice Date  : 7/28/2012
**Total Due** : $ 38.00

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

Order No.   : 434737.003
BU ID       : 1-MAIN
Case No.    : 11 C 9271
Case Name   : Clifton Morgan, et al. vs. City of Chicago, a Municipal Corporation, et. al.

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 799057 | 8/2/2012 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 434737.002 | 7/13/2012 | 11 C 9271 |
| Case Name | | |
| Clifton Morgan, et al. vs. City of Chicago, a Municipal Corporation, et. al. | | |
| Records Pertaining To | | |
| Clifton Morgan aka Michael Morgan, Tony Williams | | |

Helen Gibbons
Corporation Counsel
30 North LaSalle Street Suite 900
Federal Civil Rights Litigation Division
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Little Co. of Mary Hospital & Health Care Center<br>Patient Accounts<br>2800 West 95th Street<br>Evergreen Park, IL 60805 | Helen Gibbons<br>Corporation Counsel<br>30 North LaSalle Street Suite 900<br>Federal Civil Rights Litigation Division<br>Chicago, IL 60602 | Client Matter No.: 11 C 9271<br>Claim No.:<br>Insured:<br>D/O/L: |

Clifton Morgan aka Michael Morgan, Tony Williams (Bills Only)

| | |
|---|---:|
| Witness Fee | 30.00 |
| No Record Statement | 0.00 |
| Subpoena Processing | 20.00 |
| Service | 18.00 |
| Delivery | 0.00 |
| **TOTAL DUE >>>** | **$68.00** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $68.00 |

1. Case Name: Morgan
2. Case Number: 11C9271
3. Client Dept: CPD
4. Atty Signature: [signature]
5. Date Approved: 8-13-12
6. Law Dept. Division: F-CRLD

AUG 0 9 2012

**Tax ID:** 76-0523238                                          Phone: 312-744-7150   Fax:

*Please detach bottom portion and return with payment.*

Helen Gibbons
Corporation Counsel
30 North LaSalle Street Suite 900
Federal Civil Rights Litigation Division
Chicago, IL 60602

Invoice No.   : 799057
Invoice Date  : 8/2/2012
**Total Due**   : **$ 68.00**

Remit To:  **U.S. Legal Support Inc.**
           **Mite/IL Records**
           **75 Remittance Dr., Ste 6098**
           **Chicago, IL 60675-6098**

Order No.   : 434737.002
BU ID       : 1-MAIN
Case No.    : 11 C 9271
Case Name   : Clifton Morgan, et al. vs. City of Chicago, a Municipal Corporation, et. al.

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 802471 | 8/17/2012 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 434737.001 | 7/13/2012 | 11 C 9271 |
| Case Name |||
| Clifton Morgan, et al. vs. City of Chicago, a Municipal Corporation, et. al. |||
| Records Pertaining To |||
| Clifton Morgan aka Michael Morgan, Tony Williams |||

Helen Gibbons
Corporation Counsel
30 North LaSalle Street Suite 900
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Little Company of Mary Hospital & Health Care Center<br>Medical Records Dept.<br>2800 West 95th Street<br>Evergreen Park, IL 60805 | Helen Gibbons<br>Corporation Counsel<br>30 North LaSalle Street Suite 900<br>Chicago, IL 60602 | Client Matter No.: 11 C 9271<br>Claim No.:<br>Insured:<br>D/O/L: |

Clifton Morgan aka Michael Morgan, Tony Williams (Medical)     7.00
  Witness Fee                                                  30.00
  Location Fee                                                  5.27
  Minimum Charge       1. Case Name: _Morgan_                  18.00
  Subpoena Processing  2. Case Number: _11C9271_               20.00
  Service              3. Client Dept: _CPD_                   18.00
  Delivery             4. Atty Signature: _[signature]_         0.00
                       5. Date Approved: _7/28/12_
                       6. Law Dept. Division: _FCLD_      TOTAL DUE >>>    $91.27

AUG 24 2012

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:              $91.27

Tax ID: 76-0523238                                   Phone: 312-744-7150   Fax:

*Please detach bottom portion and return with payment.*

Helen Gibbons
Corporation Counsel
30 North LaSalle Street Suite 900
Chicago, IL 60602

Invoice No.   : 802471
Invoice Date  : 8/17/2012
**Total Due**  : $ 91.27

Order No.  : 434737.001
BU ID      : 1-MAIN
Case No.   : 11 C 9271
Case Name  : Clifton Morgan, et al. vs. City of Chicago, a Municipal Corporation, et. al.

**Remit To: U.S. Legal Support Inc.
Mite/IL Records
75 Remittance Dr., Ste 6098
Chicago, IL 60675-6098**

JCOK
2-2-12

1

2           Adriana Varela, C.S.R.
          Circuit Court of Cook County
3            10220 South 76th Avenue
                   Room 058
             Bridgeview, Illinois 60455
4                (708) 974-6600

5

6     TO:  Mr. Darwin Olortegui
           312-742-7046
7

8     DATE:  January 31, 2012

9     RE:  People vs. Clifton Morgan
          11-MC1-18566
10    DATE OF HEARING:  May 26, 2011

11    PAGES:  6

12    RATE:  $3.00

13    AMOUNT DUE:  $18.00

14    DEPOSIT:  -0-

15    AMOUNT DUE AND OWING:  $18.00

16

17    RECEIVED BY:_____
      DATE:_____
18                               Signature

19

20

21

22

23

24

1. Case Name: Morgan
2. Case Number: 11C9271
3. Client Dept: CPP
4. Atty Signature: [signature]
5. Date Approved: 2/7/12
6. Law Dept. Division: FCRLD

FEB 07 2012

To the best of my knowledge, I certify that this invoice has not been previously paid.

Signature [A. Fuentes]



**INVOICE**

Please make check payable to:
TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:            305-576-0188

**Invoice #: IIL228880**
**Client #:**  C0285-05
**Date:**     01/27/2014
**Due Date:** 02/26/2014
**Page:**    1 of 1

Ms. Angie Fuentes, Finance Officer
City of Chicago Law Department
30 N. LaSalle
Suite #1640
Chicago, IL  60602

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Clifton Morgan v. City of Chicago | C24126 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| 24x36 Color Large Format Board ½" Mounted & Laminated | 6.00 | $180.00 | $1,080.00 |
| 10% - City of Chicago Discount | -1.00 | $108.00 | ($108.00) |
| Pickup/Delivery - Local | 1.00 | $20.00 | $20.00 |

1. Case Name: _Morgan v. City_
2. Case#: _11 C 9271_
3. Client Dept:       **POLICE**
4. Atty Signature: _[signature]_
5. Date Approved: _1/27/14_
6. Law Det. Div:      **FCRL**

**Comments:**
Req by: Mr. Darwin Olortegui
Corporation Counsel of the City of Chicago

| | |
|---|---|
| Subtotal | $992.00 |
| Tax | $0.00 |
| Total | $992.00 |

Services rendered after 01/27/2014 will appear on your next month's invoice.