IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 11 C 9271 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | JUDGE NORGLE |
| OFFICERS DUANE DE VRIES, Star #250, | ) | |
| CHRISTIAN TSOUKALAS, Star #1724, and | ) | |
| ANTHONY SCHULTZ, Star #887, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Plaintiff, CLIFTON MORGAN, by and through one of his attorneys, Jeanette Samuels, hereby moves this Honorable Court, pursuant to Fed. R. App. P. 10(e), to supplement the record on appeal now before the United States Court of Appeals for the Seventh Circuit. In support of this motion, the Plaintiff states as follows:

1. This matter is currently pending on appeal before the Seventh Circuit.

2. This case involves an appeal from the district court's denial of Plaintiffs' motion for a new trial. The transcript from voir dire and the trial were referenced by both parties during motions practice. Exhibit 1, Complete Voir Dire and Trial Transcript.

3. The record on appeal was filed on November 6, 2014. The transcript from voir dire and the trial are not in the record on appeal.

4. Because these transcripts were relied on when ruling on the motion that is the subject of this appeal, they should be included in the record on appeal. Plaintiff

will deliver these transcripts to the clerk's office immediately upon receipt of this Court's ruling.

WHEREFORE the Plaintiff, CLIFTON MORGAN, respectfully requests that this Honorable Court enter an order that the record on appeal be supplemented with the voir dire and trial transcript, and that the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, prepare the documents in the form required for transmission to the Seventh Circuit.

           Respectfully Submitted,
           CLIFTON MORGAN

           By:   s/Jeanette Samuels
                  One of Plaintiff's Attorneys

           JARED S. KOSOGLAD, P.C.
           118 S. Clinton, Suite 200
           Chicago, Illinois 60661
           312.515.1444
           jeanette@jaredlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certify that on January 14, 2015, a copy of this Certificate of Service along with the attached pleading was served on counsel of record via the Court's electronic filing system.

                                                                                             s/Jeanette Samuels